**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Mack William Percy |
| Debtor 2 | Delores Marie Percy |
| (Spouse, if filing) | |

United States Bankruptcy Court for the: Middle District of Tennessee
(State)

Case number 3:17-bk-04493

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

Name of creditor: U.S. Bank Trust National Association, as Trustee of Ranch Series III Trust

Court claim no. (if known):

14-1

**Last 4 digits** of any number you use to identify the debtor's account: 8366

Property Address: 279 Conrad Dr

Number  Street

Clarksville, TN 37042

City  State  Zip Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

MM/ DD /YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: 1/31/22 1pym $1,838.00 + 3/31/22 1pym @ $918.00   (a) $ 2,756.00

b. Total fees, charges, expenses, escrow, and cost outstanding:   + (b) $

c. **Total.** Add lines a and b.   (c) $ 2,756.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

02/ 01 / 2022

MM/ DD /YYYY

Case 3:17-bk-04493   Doc 82   Filed 04/25/22   Entered 04/25/22 15:34:52   Desc Main
Document   Page 1 of 4

| Debtor 1 | Mack William Percy | | Case Number (if known) | 3:17-bk-04493 |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘  /s/ Anne Marie Throne                                      Date 04/25/2022
    Signature

Print:     Anne Marie Throne,                    Bar No. TNBPR 036224      Title     Bankruptcy Attorney
           First name    Middle Name   Last name

Company    MCMICHAEL TAYLOR GRAY, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    3550 Engineering Drive, Suite 260
           Number              Street

           Peachtree Corners, GA 30092
           City              State      Zip Code

Contact phone    404-474-7149            Email:    athrone@mtglaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**<u>Via U.S. Mail</u>**
Mack William Percy
279 Conrad Drive
Clarksville, TN 37042

Delores Marie Percy
aka Delores Higtower
279 Conrad Drive
Clarksville, TN 37042

**<u>Via CM/ECF electronic service:</u>**
MARK PODIS & ASSOCIATES
Mark Richard Podis
102 Woodmont Blvd., Suite 200
Nashville, TN 37205

Henry Edward Hillderbrand III
PO BOX 340019
OFFICE OF THE CHAPTER 13 TRUSTEE
Nashville, TN 37203

Dated: April 25, 2022

Respectfully submitted,

By: /s/ Anne Marie Throne
Anne Marie Throne, Esq.
TNBPR 036224

MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: athrone@mtglaw.com
MTG File No.: 22-000079-03

| | | | |
|---|---|---|---|
| prepet claim | $ | 3,259.10 | |
| gap 3x | $ | 2,321.25 | 7/17 - 9/17 |
| post tax adv | $ | 1,626.31 | |
| post fees | $ | 575.00 | |
| TOTAL | $ | 7,781.66 | |

| DATE | P&I | Escrow | TOTAL | Reference |
|---|---|---|---|---|
| 07/08/17 | 773.75 | 0.00 | 773.75 | |
| 10/08/17 | 773.75 | 20.57 | 794.32 | |
| 12/08/17 | 773.75 | 506.95 | 1,280.70 | |
| 05/08/20 | 773.75 | 380.84 | 1,154.59 | |
| 05/08/21 | 773.75 | 145.25 | 919.00 | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |

| Loan# | |
|---|---|
| Borrower: | Percy |
| Date Filed: | 06.30.2017 |
| BK Case # | 17-04493 |
| First Post Petition | |
| Due Date: | 7/1/2017 |
| POC covers: | 3/2017-6/2017 |
| prepet total claim $ | 3,259.10 |

prepet claim = gap =$5,580.35

| Date | Amount Recvd | PRE/POST/APO | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | APO DATE PAID | APO CREDIT | APO DEBIT | SUSPENSE BALANCE | APO PAID TO DATE | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Pre/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/17/2018 | Beginning Suspense Balance | | | | | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $0.00 | | |
| | | Corporate Adv | | | | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $0.00 | $361.42 PPPN | |
| | | Gap Pmt | | | | $0.00 | | | | | | | $0.00 | $0.00 | 7/8/2017 | $1,459.03 | $773.75 | $685.28 | $1,459.03 | | |
| | | Pre | | | | $0.00 | | | | | | | $0.00 | $0.00 | 8/8/2017 | $2,048.53 | $773.75 | $1,960.06 | $3,507.56 | | |
| | | Pre | | | | $0.00 | | | | | | | $0.00 | $0.00 | 9/8/2017 | | $773.75 | $1,186.31 | $3,507.56 | | |
| | | Pre | | | | $0.00 | | | | | | | $0.00 | $0.00 | 3/8/2017 | | $773.75 | $412.56 | $3,507.56 | | |
| | $3,095.00 | Post | 10/8/17 | 7/8/17 | $773.75 | $2,321.25 | $2,321.25 | | $2,321.25 | | | | $0.00 | $0.00 | | | | $412.56 | $3,507.56 | | |
| | | Post | 11/8/17 | 8/8/17 | $773.75 | -$773.75 | | $773.75 | $1,547.50 | | | | $0.00 | $0.00 | | | | $412.56 | $3,507.56 | | |
| | | Post | 12/8/17 | 9/8/17 | $773.75 | -$773.75 | | $773.75 | $773.75 | | | | $0.00 | $0.00 | | | | $412.56 | $3,507.56 | | |
| | | Post | 1/8/18 | 10/8/17 | $773.75 | -$773.75 | | $773.75 | $0.00 | | | | $0.00 | $0.00 | | | | $412.56 | $3,507.56 | | |
| 2/7/2018 | | Corporate Adv | | | | $0.00 | | | | | | | $0.00 | $0.00 | 4/8/2017 | $407.81 | $773.75 | $46.62 | $3,915.37 | $101.02 PPPN | |
| | | Gap Pmt | | 11/8/17 | | $0.00 | | | | | | | $0.00 | $0.00 | | $172.58 | | $619.20 | $4,487.95 | | |
| | | Pre | | | | $0.00 | | | | | | | $0.00 | $0.00 | | | | $619.20 | $4,487.95 | | |
| 3/7/2018 | $773.75 | Post | 2/8/18 | 12/8/17 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $619.20 | $4,487.95 | | |
| | | Corporate Adv | | 1/8/18 | | $0.00 | | | | | | | $0.00 | $0.00 | 5/8/2017 | $407.82 | $773.75 | $253.27 | $4,895.77 | $101.02 PPPN | |
| | | Gap Pmt | | 2/8/18 | | $0.00 | | | | | | | $0.00 | $0.00 | 6/8/2017 | $172.57 | $773.75 | $52.09 | $5,468.34 | | |
| | $773.75 | Post | 3/8/18 | 3/8/18 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $52.09 | $5,468.34 | | |
| 4/10/2018 | | Corporate Adv | | | | $0.00 | | | | | | | $0.00 | $0.00 | | | | $98.68 | $5,514.93 | $11.54 PPPN | |
| | | | | | | $0.00 | | | | | | | $0.00 | $0.00 | | $46.59 | | $98.68 | $5,514.93 | | |
| | | Pre | | | | $0.00 | | | | | | | $0.00 | $0.00 | | $65.42 | $164.10 | $0.00 | $5,580.35 | | |
| 5/8/2018 | $773.75 | Post | 4/8/18 | 4/8/18 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 5/8/2018 | $773.75 | Post | 5/8/18 | 5/8/18 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 6/8/2018 | $773.75 | Post | 6/8/18 | 6/8/18 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 7/9/2018 | $773.75 | Post | 7/8/18 | 7/8/18 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 8/7/2018 | $773.75 | Post | 8/8/18 | 8/8/18 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 9/11/2018 | $773.75 | Post | 9/8/18 | 9/8/18 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 10/8/2018 | $773.75 | Post | 10/8/18 | 10/8/18 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 11/6/2018 | $773.75 | Post | 11/8/18 | 11/8/18 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 12/10/2018 | $773.75 | Post | 12/8/18 | 12/8/18 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 1/8/2019 | $773.75 | Post | 1/8/19 | 1/8/19 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 2/19/2019 | $773.75 | Post | 2/8/19 | 2/8/19 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 3/8/2019 | $773.75 | Post | 3/8/19 | 3/8/19 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 4/9/2019 | $773.75 | Post | 4/8/19 | 4/8/19 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 5/8/2019 | $773.75 | Post | 5/8/19 | 5/8/19 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 6/11/2019 | $773.75 | Post | 6/8/19 | 6/8/19 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 7/9/2019 | $773.75 | Post | 7/8/19 | 7/8/19 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 8/7/2019 | $773.75 | Post | 8/8/19 | 8/8/19 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 9/11/2019 | $773.75 | Post | 9/8/19 | 9/8/19 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 10/9/2019 | $773.75 | Post | 10/8/19 | 10/8/19 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 11/12/2019 | $773.75 | Post | 11/8/19 | 11/8/19 | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 1/9/2020 | $1,547.50 | Post | 12/19 - 1/20 | 12/19 - 1/20 | $1,547.50 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 2/11/2020 | $773.75 | Post | 2/8/20 | | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 3/11/2020 | $773.75 | Post | 3/8/20 | | $773.75 | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 4/8/2020 | $773.75 | Post | 4/8/20 | | $773.75 | $0.00 | | | | | 3/1/2020 | | $1,280.70 | -$1,280.70 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 6/10/2020 | $2,309.18 | Post | 5/8/20 | | $1,154.59 | $1,154.59 | | $1,154.59 | | 4/1/2020 | | $1,280.70 | -$2,561.40 | $0.00 | | | | $0.00 | $5,580.35 | | |
| | | | | | | $0.00 | | | | | | | $0.00 | $0.00 | | | | $0.00 | $5,580.35 | | |
| 7/8/2020 | $1,154.59 | Post | 6/8/20 | | $1,154.59 | -$1,154.59 | | | $1,154.59 | | | | | -$2,561.40 | | | | | $0.00 | $5,580.35 | | |
| 8/10/2020 | $1,154.59 | Post | 7/8/20 | | $1,154.59 | $0.00 | | | | | | $26.65 | | -$2,534.75 | | | | | $0.00 | $5,580.35 | | |
| 9/10/2020 | $1,154.59 | Post | 8/8/20 | | $1,154.59 | $0.00 | | | | | | $2,534.75 | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| 10/8/2020 | $1,154.59 | Post | 9/8/20 | | $1,154.59 | $0.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| 11/10/2020 | $1,154.59 | Post | 10/8/20 | | $1,154.59 | $0.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| 12/23/2020 | $1,154.59 | Post | 12/8/20 | | $1,154.59 | $0.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| 1/14/2021 | $1,154.59 | Post | 1/8/21 | | $1,154.59 | $0.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| 2/10/2021 | $1,154.59 | Post | 2/8/21 | | $1,154.59 | $0.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| 3/13/2021 | $1,154.59 | Post | 3/8/21 | | $1,154.59 | $0.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| 4/9/2021 | $1,154.59 | Post | 4/8/21 | | $1,154.59 | $0.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| 5/19/2021 | $919.00 | Post | 5/8/21 | | $919.00 | $0.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| 6/9/2021 | $919.00 | Post | 6/8/21 | | $919.00 | $0.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| 7/14/2021 | $919.00 | Post | 7/8/21 | | $919.00 | $0.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| 8/11/2021 | $919.00 | Post | 8/8/21 | | $919.00 | $0.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| 9/13/2021 | $919.00 | Post | 9/8/21 | | $919.00 | $0.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| 10/14/2021 | $919.00 | Post | 10/8/21 | | $919.00 | $0.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| 11/10/2021 | $919.00 | Post | 11/8/21 | | $919.00 | $0.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| 1/7/2022 | $919.00 | Post | 12/8/21 | | $919.00 | $0.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| | $1,838.00 | | | | | $1,838.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| 3/8/2022 | $919.00 | Post | missing | issued 1/31/22 | $919.00 | $1,838.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |
| | $919.00 | | not yet recvd | issued 3/31/22 | | $919.00 | | | | | | | $0.00 | $2,534.75 | | | | $0.00 | $5,580.35 | | |